UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1116

CHRISTOPHER MCCUMMINGS,

               Plaintiff - Appellant,

     v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

               Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Timothy M. Cain, District Judge. (5:12-cv-03315-TMC)

Submitted: September 30, 2014     Decided: October 22, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

W. Daniel Mayes, SMITH, MASSEY, BRODIE, GUYNN & MAYES, P.A., Aiken, South Carolina, for Appellant. John J. Engel, Special Assistant United States Attorney, Boston, Massachusetts; William N. Nettles, United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher McCummings appeals the district court's order adopting the magistrate judge's report and recommendation and upholding the Commissioner's denial of McCummings' application for supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm. McCummings v. Comm'r of Soc. Sec. Admin., No. 5:12-cv-03315-TMC (D.S.C. Jan. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED